JS - 6

**FILED: 2/16/11**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Carlos Ramirez** | CASE NO. ED CV 10-1428-GHK (OPx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **Countrywide Home Loans, et al.** | |
| Defendants. | |

Pursuant to the Court's January 31, 2011 and February 16, 2011 Orders, **IT IS HEREBY ADJUDGED** that Plaintiff Carlos Ramirez's ("Plaintiff") claims against Defendants Countrywide Home Loans, Inc. (erroneously sued as Countrywide Home Loans) and Bank of America, N.A. are **DISMISSED**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: February 16, 2011

_____
GEORGE H. KING
United States District Judge